**No. D-2608. In the Matter of Discipline of Frank H. Morgan, Jr.**

565 U.S. 1053, 132 S. Ct. 810, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8443.

November 28, 2011. Frank H. Morgan, Jr., of West Chester, Pennsylvania, is suspended from the practice of law in this Court and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.